ODESSA D. LEGGAT, Respondent, v. HOME LIFE INSURANCE COMPANY, Appellant.—

No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.